UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,       )
                                )          CR 09-39 DWF
          Plaintiff,            )
                                )   **INFORMATION**
          v.                    )   (18 U.S.C. § 371)
                                )   (18 U.S.C. § 1341)
ERIC WAYNE MOEN,               )   (18 U.S.C. § 1957)
                                )
          Defendant.            )

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Commit Mail Fraud)

1.    Between on or about August 1, 2005, and December 15, 2005, in the State and District of Minnesota, the defendant,

**ERIC WAYNE MOEN,**

did unlawfully, willfully, and knowingly conspire, combine, confederate, and agree with Kevin Winkelmann, a known adult male, and other persons, to commit mail fraud, that is to knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property, to-wit: the funds to purchase a single-family home and the home itself, by means of false and fraudulent pretenses, representations, and promises, to-wit: by applying for and receiving funds to purchase of a home by means of false and fraudulent pretenses, representations, and promises about Mr. Winkelmann's employment.

2.    On or about June 10, 2006, for the purpose of executing such a scheme and artifice, defendant did knowingly cause to be placed in the United States mails to be sent and delivered by

SCANNED
FEB 1 3 2003
U.S. DISTRICT COURT MPLS

FEB 1 2 2009
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

U.S. v. Eric Moen

commercial interstate carrier matters and things, to-wit: a lender's policy and recorded mortgage from Title One Inc. in Minnesota, to GreenPoint Mortgage Funding, Inc., in California.

3.   All in violation of Title 18, United States Code, Sections 1341 and 371.

## COUNT 2
(Money Laundering)

4.   On or about December 1, 2005, in the State and District of Minnesota, the defendant,

**ERIC WAYNE MOEN,**

did knowingly engage in a monetary transaction by and through a financial institution, affecting interstate commerce in criminally-derived property of a value greater than $10,000, to-wit: receiving payment of $15,650.87 on or about December 1, 2005, from RBE Inc. to defendant, by and through First National Bank of the Lakes, a financial institution holding the account of RBE Inc., such property having been derived from specified unlawful activity, that is mail fraud (Title 18, United States Code, Section 1341) as alleged in Count 1 above, all in violation of Title 18, United States Code, Section 1957.

Dated:
February 12, 2009

Respectfully submitted,
FRANK J. MAGILL, JR.
United States Attorney

BY: David M. Genrich
Assistant U.S. Attorney
Attorney ID No. 0281311

2