UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 09-39(ADM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION TO** |
| v. ) | **DISMISS INFORMATION** |
| ) | |
| ERIC WAYNE MOEN, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court via written motion of the United States. Based upon the proceedings to date in the above-captioned matter, IT IS HEREBY ORDERED THAT the Information filed in <u>United States v. Eric Wayne Moen</u>, Criminal No. 09-39(ADM), is dismissed without prejudice and with leave of the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 30, 2009_____

S/Ann D. Montgomery

_____
The Honorable Ann D. Montgomery
United States District Court Judge
District of Minnesota